GEORGE SWAYE ET AL. *v.* ZONING BOARD OF APPEALS, CITY OF HARTFORD

The motion by Alexander A. Goldfarb for permission to withdraw his appearance for the plaintiff in the appeal from the Court of Common Pleas in Hartford County is granted.

*Alexander A. Goldfarb,* pro se, on the motion.

Argued February 1—decided February 1, 1972

ANTHONY F. DIPALMA ET AL. *v.* HAROLD WIESEN ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is granted unless the defendant files his brief on or before March 1, 1972.

*Irwin E. Friedman,* for the appellee (plaintiff Lillian Banks).

*Donald J. St. John,* for the appellants (defendants).

Argued February 1—decided February 1, 1972

CITY OF GROTON *v.* JOHN R. SMALL ET AL.

The motion by Joseph E. Moukawsher for permission to withdraw his appearance for the defendants in the appeal from the Superior Court in New London County is granted.

*John S. Papa,* for Joseph E. Moukawsher.